[Filed January 18, 1887.]

## J. DESPAIN ET AL. v. W. P. CROW ET AL.

GARNISHMENT OF JUDGMENT DEBTOR—STARE DECISIS.—The doctrine announced in *Norton* v. *Winter*, 1 Or. 47, that a judgment debtor cannot be garnished by a creditor of the judgment creditor, adhered to upon the principle of *stare decisis*.

UMATILLA COUNTY. Defendants appeal. Affirmed.

*L. B. Cox*, for Appellants.

*G. W. Walker*, for Respondents.

STRAHAN, J.—This is an agreed case under the statute, and its sole purpose is to determine whether or not the defendant in a judgment can be garnished by a creditor of the plaintiff therein. The case has been argued with much learning and research by counsel on each side, and our attention has been drawn to the conflicting authorities; but the question was considered and settled at an early period of our judicial history, and we decline to reopen it. (*Norton* v. *Winter*, 1 Or. 47.) Courts will sometimes overrule their own decisions, where they plainly appear to have been wrong in principle, or where a correct principle has been improperly applied, but not where the authorities are simply in conflict. In such case, *stare decisis* applies with peculiar force.

Let the decree be affirmed.